THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALAN SWANSON and MARILYN SWANSON, husband and wife,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Defendant. | CASE NO. C24-0509-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for an order of dismissal (Dkt. No. 16). Under Federal Rule of Civil Procedure 41(a)(1)(A), a case may be dismissed without a court order if there is "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment" *or* "a stipulation of dismissal signed by all parties who have appeared." Both conditions are met here. Accordingly, the parties' stipulation is self-executing and this action is DISMISSED with prejudice. The Clerk is DIRECTED to close this case.

//

//

DATED this 22nd day of November 2024.

Ravi Subramanian<br>
Clerk of Court<br><br>
s/Kathleen Albert<br>
Deputy Clerk